

# PEDROSO LAW
PROFESSIONAL CORPORATION
38 JEFFERSON STREET
NEWARK, NEW JERSEY 07105
(973) 522-1100
Attorney for Defendant: Ms. Clara Santos
File No. 2102639

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | Hon. Katharine S. Hayden, U.S.D.J. |
| : | |
| : | Criminal Case No. 2:09-cr-00802-KSH |
| vs. : | |
| : | |
| **CLARA SANTOS** : | |
| : | |

---

### ORDER TERMINATING DEFENDANT FROM PROBATION

WHEREAS, on July 12, 2010, Defendant was sentenced to serve 2 years of probation with 6 months of home confinement; and it appearing that Defendant has completed her period of home confinement; and it appearing that Defendant has actively participated and satisfied the requirements of probation; and it appearing that Defendant has demonstrated justification to be terminated from probation prior to the full 2 year term; and for good cause;

IT IS THEREFORE:

ORDERED that the Defendant shall be deemed to have completed the term of her probation effective immediately.

DATED: _____        _____
                                                        Hon. Katharine S. Hayden, U.S.D.J.